GOETZMAN *et al.*, Respondents, *v.* GALLUP, Appellant.

*(Supreme Court, General Term, Fifth Department.* October 23, 1890.)

No opinion. Order of Monroe county court appealed from affirmed, with $10 costs and disbursements.

---

*In re* AUSTIN'S WILL, (GRISWOLD, Proponent and Appellant, *v.* AUSTIN *et al.*, Contestants and Respondents.)

*(Supreme Court, General Term, Fifth Department.* October 23, 1890.)

No opinion. Decree of surrogate of Livingston county reversed on question of fact, and trial by jury ordered at the Livingston circuit, with costs of this appeal to abide the final award of costs. Order to be settled by MACOMBER, J.

---

BURNHAM *et al.*, Respondents, *v.* COBB, Appellant.

*(Supreme Court, General Term, Fifth Department.* October 23, 1890.)

No opinion. Order appealed from affirmed, with $10 costs and disbursements.

---

COLE, Respondent, *v.* FALL BROOK COAL CO., Appellant.

*(Supreme Court, General Term, Fifth Department.* October 23, 1890.)

No opinion. Motion for a reargument denied. Order of this court modified by inserting that the same is without prejudice to the defendant's renewal of its motion at special term on new papers. See 10 N. Y. Supp. 417.

---

WELLS, Appellant, *v.* SIBLEY *et al.*, Respondents.

*(Supreme Court, General Term, Fifth Department.* October 23, 1890.)

No opinion. Motion for a reargument denied. MACOMBER, J., not sitting. See 9 N. Y. Supp. 343.

---

WARD, Respondent, *v.* NEW YORK CENT. & H. R. R. Co., Appellant.

*(Supreme Court, General Term, Fifth Department.* October 23, 1890.)

No opinion. Motion for leave to appeal to the court of appeals denied upon the merits, and not upon the ground of alleged laches in making the motion. See 9 N. Y. Supp. 377.

---

CLARK, Respondent, *v.* SHELDON, County Treasurer, etc., Appellant.

*(Supreme Court, General Term, Fifth Department.* October 23, 1890.)

No opinion. Motion for leave to appeal to the court of appeals by either party granted. See 10 N. Y. Supp. 357.

---

SEXTON, Respondent, *v.* BREESE, Appellant.

*(Supreme Court, General Term, Fifth Department.* October 23, 1890.)

No opinion. Motion for leave to appeal to the court of appeals granted. MACOMBER, J., taking no part. See 10 N. Y. Supp. 510.

---

*In re* HOPKINS.

*(Supreme Court, General Term, Fifth Department.* October 23, 1890.)

No opinion. Motion for reargument denied. See 10 N. Y. Supp. 264.